# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In RE:<br>Dylan Frey Tuttle, and<br>Madison Elizabeth Zuverink,<br>    Debtors, | Chapter 7<br>Case No. 16-28259-beh |
| Dylan Frey Tuttle,<br>    Plaintiff, | Adversary No. |
| vs. | |
| Navient Solutions, Inc.,<br>    Defendant. | |

## PLAINTIFF, DYLAN FREY TUTTLE, EXHIBIT LIST

Plaintiff, Dylan Frey Tuttle, files his list exhibits, and separately serves copies of all referenced exhibits upon Defendant via first class mail postage prepaid.

### Plaintiff's Exhibit List

| Designation | Description |
|---|---|
| Exhibit 1 | Notice of Bankruptcy Case Filing |
| Exhibit 2 | Order of Discharge |
| Exhibit 3 | Schedule E/F: Creditors Who Have Unsecured Claims |
| Exhibit 4 | Schedule I: Your Income |
| Exhibit 5 | Financial Aid Review |
| Exhibit 6 | Account Summary |
| Exhibit 7 | Student Loan Interest Statements (1098-E) 2001-2016 |
| Exhibit 8 | Sallie Mae Letter Dated 04/03/13 |
| Exhibit 9 | Sallie Mae Letter Dated 06/19/14 |
| Exhibit 10 | Navient Email Dated March 9, 2016 |
| Exhibit 11 | Navient Email Dated April 4, 2017 |
| Exhibit 12 | Your Social Security Statement |
| Exhibit 13 | 2016 Federal Tax Return |
| Exhibit 14 | Daycare Tuition Calculator (carelulu.com) |
| Exhibit 15 | Schedule J: Your Expenses |
| Exhibit 16 | Navient Letter Dated 01/22/17 |

Dated: April 27, 2017

Respectfully submitted,

/s/ [signature]
Dylan Frey Tuttle
1711 S 92nd St Apt 4
West Allis, WI 53214
414-484-7350
PRO SE DEBTOR

United States Bankruptcy Court
Eastern District of Wisconsin

## Notice of Bankruptcy Case Filing

**Bankruptcy Case Number 16-28259**
concerning the debtor(s) listed below was filed under **Chapter 7** of the United States Bankruptcy Code on **08/18/2016** at **10:16 AM** and entered into the Case Management/Electronic Case Filing system on 08/18/2016 at 10:46 AM.

**Dylan Frey Tuttle**
1711 S. 92nd St.
Apt. 4
West Allis, WI 53214
SSN / ITIN: xxx-xx-7692
Tax ID / EIN: 45-2390409, 36-4837861
*dba* **Vulkans Forge Consulting Ltd.**
*dba* **Weestack, LLC**

**Madison Elizabeth Zuverink**
1711 S. 92nd St.
Apt. 4
West Allis, WI 53214
SSN / ITIN: xxx-xx-0192



In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.wieb.uscourts.gov or at the Clerk's Office, Room 126, U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202-4581 (414-297-3291).

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**JANET L. MEDLOCK**
**Clerk, U.S. Bankruptcy Court**

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Dylan Frey Tuttle** | Social Security number or ITIN xxx–xx–7692 |
| | First Name   Middle Name   Last Name | EIN   45–2390409, 36–4837861 |
| Debtor 2 | **Madison Elizabeth Zuverink** | Social Security number or ITIN xxx–xx–0192 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   __-_____ |

United States Bankruptcy Court  **Eastern District of Wisconsin**

Case number:  **16–28259–beh**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dylan Frey Tuttle
dba Vulkans Forge Consulting Ltd., dba Weestack LLC

Madison Elizabeth Zuverink

11/28/16

**By the court:** Beth E. Hanan
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

## Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**Fill in this information to identify your case:**

Debtor 1: Dylan Frey Tuttle
Debtor 2 (Spouse, if filing): Madison Elizabeth Zuverink

United States Bankruptcy Court for the: Eastern District of Wisconsin

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**
Priority Creditor's Name: _____
Number  Street: _____
City  State  ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name: _____
Number  Street: _____
City  State  ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 1 of 8

Case 17-02116-beh    Doc 3    Filed 04/27/17    Page 6 of 15

Debtor 1  Dylan Frey Tuttle  
Case number (if known) _____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1 Bank of America**  
Nonpriority Creditor's Name  
P.O. Box 982235  
El Paso, TX 79998  

Last 4 digits of account number  5 6 8 8  
When was the debt incurred?  06/01/2000  

$ 13,395.00

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit card charges

**4.2 Capital One 360**  
Nonpriority Creditor's Name  
P.O. Box 60  
St. Cloud, MN 56302  

Last 4 digits of account number  2 7 5 3  
When was the debt incurred?  06/21/2009  

$ 997.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Overdraft

**4.3 Chase Card Services**  
Nonpriority Creditor's Name  
P.O. Box 15298  
Wilmington, DE 19850  

Last 4 digits of account number  3 3 7 3  
When was the debt incurred?  11/01/2010  

$ 7,505.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit card charges

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 2 of 8

Case 17-02116-5-DMW      Doc 3      Filed 04/27/17      Page 7 of 15

**Part 2:** Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                Total claim

### 4.4

**Chase Card Services**
Nonpriority Creditor's Name
P.O. Box 15298
Number   Street
Wilmington            DE     19850
City                  State  ZIP Code

Last 4 digits of account number  8  1  4  4     $ 3,940.00
When was the debt incurred?  06/01/2009

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card charges

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

### 4.5

**CITI CARDS**
Nonpriority Creditor's Name
PO Box 6500
Number   Street
Sioux Falls           SD     57117
City                  State  ZIP Code

Last 4 digits of account number  9  9  8  9     $ 25,476.00
When was the debt incurred?  02/01/2002

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card charges

### 4.6

**Discover Bank**
Nonpriority Creditor's Name
PO Box 30943
Number   Street
Salt Lake City         UT    84130
City                  State  ZIP Code

Last 4 digits of account number  4  9  4  3     $ 13,466.00
When was the debt incurred?  02/01/2008

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card charges

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.7

**Fed Loan Serv**
Nonpriority Creditor's Name
PO Box 60610
Number    Street
Harrisburg    PA    17106
City    State    ZIP Code

Last 4 digits of account number  0 0 0 6    $ 7,000.00
When was the debt incurred?  09/01/2010

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Is the claim subject to offset?
☑ No
☐ Yes

### 4.8

**Fed Loan Serv**
Nonpriority Creditor's Name
PO Box 60610
Number    Street
Harrisburg    PA    17106
City    State    ZIP Code

Last 4 digits of account number  0 0 0 3    $ 5,500.00
When was the debt incurred?  09/01/2009

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Is the claim subject to offset?
☑ No
☐ Yes

### 4.9

**Fed Loan Serv**
Nonpriority Creditor's Name
PO Box 60610
Number    Street
Harrisburg    PA    17106
City    State    ZIP Code

Last 4 digits of account number  0 0 0 5    $ 5,500.00
When was the debt incurred?  09/01/2010

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1 **Dylan Frey Tuttle**  Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.10**

Fed Loan Serv
Nonpriority Creditor's Name
PO Box 60610
Number   Street
Harrisburg         PA      17106
City              State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  0 0 0 4      $ 4,693.00
When was the debt incurred?  09/01/2009

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

**4.11**

Fed Loan Serv
Nonpriority Creditor's Name
PO Box 60610
Number   Street
Harrisburg         PA      17106
City              State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  0 0 0 1      $ 4,500.00
When was the debt incurred?  08/01/2008

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

**4.12**

Fed Loan Serv
Nonpriority Creditor's Name
PO Box 60610
Number   Street
Harrisburg         PA      17106
City              State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  0 0 0 2      $ 2,000.00
When was the debt incurred?  11/01/2008

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Debtor 1  Dylan Frey Tuttle    Case number (if known)_____

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

| .13 | Loyola Univ of Chicago |
|---|---|

Nonpriority Creditor's Name
6525 N Sheridan Rd
Number   Street
Chicago        IL    60626
City           State  ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  R  2  4  B        $ 3,000.00
When was the debt incurred?  09/01/2009

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

| .14 | Navient |
|---|---|

Nonpriority Creditor's Name
P.O. Box 9500
Number   Street
Wilkes-Barre      PA   18773
City           State  ZIP Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  0  1  2  2        $ 49,339.00
When was the debt incurred?  01/01/2001

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

| .15 | Navient |
|---|---|

Nonpriority Creditor's Name
P.O. Box 9500
Number   Street
Wilkes-Barre      PA   18773
City           State  ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  0  8  0  5        $ 3,500.00
When was the debt incurred?  08/01/2007

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 6 of 8
Case 17-02116-ben    Doc 3    Filed 04/27/17    Page 11 of 15

Debtor 1  Dylan Frey Tuttle  
      First Name    Middle Name    Last Name

Case number (if known) _____

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Capital Management Services, LP**  
Name  
**P.O. Box 964**  
Number  Street  

**Buffalo**  **NY**  **14220**  
City  State  ZIP Code  

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line **4.6** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  
☑ Part 2: Creditors with Nonpriority Unsecured Claims  

Last 4 digits of account number **4** **9** **4** **3**

---

**Messerli & Kramer**  
Name  
**3033 Campus Drive**  
Number  Street  
**Suite 250**  

**Plymouth**  **MN**  **55441**  
City  State  ZIP Code  

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line **4.1** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  
☑ Part 2: Creditors with Nonpriority Unsecured Claims  

Last 4 digits of account number **5** **6** **8** **8**

---

Name  
Number  Street  
City  State  ZIP Code  

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  
☐ Part 2: Creditors with Nonpriority Unsecured Claims  

Last 4 digits of account number ___ ___ ___ ___

---

Name  
Number  Street  
City  State  ZIP Code  

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  
☐ Part 2: Creditors with Nonpriority Unsecured Claims  

Last 4 digits of account number ___ ___ ___ ___

---

Name  
Number  Street  
City  State  ZIP Code  

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  
☐ Part 2: Creditors with Nonpriority Unsecured Claims  

Last 4 digits of account number ___ ___ ___ ___

---

Name  
Number  Street  
City  State  ZIP Code  

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  
☐ Part 2: Creditors with Nonpriority Unsecured Claims  

Last 4 digits of account number ___ ___ ___ ___

---

Name  
Number  Street  
City  State  ZIP Code  

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  
☐ Part 2: Creditors with Nonpriority Unsecured Claims  

Last 4 digits of account number ___ ___ ___ ___

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page **7** of **8**

Case 17-02116-beh    Doc 3    Filed 04/27/17    Page 12 of 15

Debtor 1 __Dylan Frey Tuttle__  Case number (if known)_____
First Name   Middle Name   Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. $ 0.00 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. $ 0.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. Total. Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. $ 85,032.00 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
|  | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 64,779.00 |
|  | 6j. Total. Add lines 6f through 6i. | 6j. $ 149,811.00 |

Fill in this information to identify your case:

Debtor 1: Dylan Frey Tuttle
Debtor 2 (Spouse, if filing): Madison Elizabeth Zuverink

United States Bankruptcy Court for the: Eastern District of Wisconsin

Case number (If known): _____

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
___ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Member Owner | Research Assistant |
| Employer's name | | Medical College of Wisconsin |
| Employer's address | | 8701 Watertown Plank Rd<br>PO Box 26509<br>Milwaukee  WI  53226 |
| How long employed there? | 5 years | 5 years |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 2,701.00 |
| 3. Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ 2,701.00 |

Official Form 106I                         Schedule I: Your Income                         page 1

Debtor 1  Dylan Frey Tuttle
         First Name   Middle Name   Last Name

Case number (if known) _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| → 4. Copy line 4 here........................................... | $ 0.00 | $ 2,701.41 |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $ 0.00 | $ 411.67 |
| 5b. Mandatory contributions for retirement plans | 5b. $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. $ 0.00 | $ 633.81 |
| 5f. Domestic support obligations | 5f. $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0.00 | +$ 0.00 |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.   $ 0.00    $ 1,045.48

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.   $ 0.00    $ 1,655.93

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
      Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ -231.28    $ 0.00

   8b. Interest and dividends    8b.   $ 0.00    $ 0.00

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
      Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ 0.00    $ 0.00

   8d. Unemployment compensation    8d.   $ 0.00    $ 0.00

   8e. Social Security    8e.   $ 0.00    $ 0.00

   8f. Other government assistance that you regularly receive
      Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
      Specify: _____    8f.   $ 0.00    $ 0.00

   8g. Pension or retirement income    8g.   $ 0.00    $ 0.00

   8h. Other monthly income. Specify: _____    8h.   +$ 0.00    +$ 0.00

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.   $ -231.28    $ 0.00

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.   $ -231.28  +  $ 1,655.93  =  $ 1,424.65

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.    11. + $ 0.00
    Specify: _____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies    12.  $ 1,424.65
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☑ Yes. Explain:  The home business should be cash flow positive within a year.

Official Form 106I    Schedule I: Your Income    page 2

Case 17-02116-beh    Doc 3    Filed 04/27/17    Page 15 of 15